AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

SUPERIOR INTERIORS, INC.
a/k/a Superior Interior

CASE NUMBER 1:06CV02010

JUDGE: Rosemary M. Collyer

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/27/2006

TO: (Name and address of Defendant)

SUPERIOR INTERIORS, INC.
 a/k/a Superior Interior
230 Main Street
East Windsor, CT 06088

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     NOV 27 2006
CLERK                          DATE

_(signature)_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

AFFIDAVIT OF SERVICE

**International Painters and Allied Trades Industry Pension**

vs.

CASE NO.: 1:06CV02010

**Superior Interiors, Inc., et al.**
_____/

ss.

**Stephen Tomkowski**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

That on **12/22/2006** at **11:25 AM**, Deponent served the within named **Superior Interiors, Inc.** by delivering a true copy of the **Summons and Complaint** to Steve Lataeno, Manager, a person authorized to accept service on behalf of **Superior Interiors, Inc.**.
Said service was effected at **230 Main Street, East Windsor, CT 06088**.

Description:
**Sex: Male − Age: 40 − Skin: White − Hair: Salt/Pepper − Height: 5'11 − Weight: 200**
Other Features:

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

x _____
Stephen Tomkowski
Date: 12-26-06

Sworn to and subscribed before me this ___26___ day of _December_, 20_06_ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC — Linda J. Perlmutter
My Commission Expires: 12/3/08

Client File#:   − Our File# 29011