**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 1:06-cv-2010 (RMC) |
| | ) | |
| SUPERIOR INTERIORS INC., a/k/a Superior Interior, *et al.* | ) ) ) | |
| Defendants. | ) | |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendants, Superior Interiors Inc., a/k/a Superior

Interior ("Company") and Frank LaTeano, for failure to plead or otherwise defend in accordance

with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of

Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
KENT CPREK
Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611/0660
Attorneys for the Fund

Date:_____January 22, 2007_
OF COUNSEL:
ELIZABETH A. COLEMAN
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0644
178928-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:06-cv-2010 (RMC) |
| SUPERIOR INTERIORS INC., a/k/a Superior Interior, *et al.* | ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF SANFORD G. ROSENTHAL FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, declares and states the following:

1.      I am the attorney for the Plaintiff in the above-entitled action.

2.      The Complaint and Summons in this action was served on the Defendants, Superior Interiors Inc., a/k/a Superior Interior ("Company") and Frank LaTeano ("Individual Defendant" and jointly with Company, "Defendants"), by Stephen Tomkowski, Process Server, who personally served Frank LaTeano, and Steve LaTeano, Manager, at 230 Main Street, East Windsor Connecticut  06088 on December 22, 2006.   The Returns of Service have been duly docketed with the Court.

3.      The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

4.      Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

178928-1

5.    Neither of the Defendants are infants or incompetent people and, as a corporation,

Superior Interiors Inc., a/k/a Superior Interior, is not in the military service.  A separate

Declaration is attached with respect to the individual defendant, FrankLaTeano.

> I declare under penalty of perjury in accordance
> with 28 U.S.C. §1746 that the foregoing is true and
> correct to the best of my knowledge, information
> and belief.
>
> BY:/s/ Sanford G. Rosenthal
> SANFORD G. ROSENTHAL, ESQUIRE

Date:  January 22, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 1:06-cv-2010 (RMC) |
| | ) | |
| SUPERIOR INTERIORS INC., a/k/a Superior Interior, *et al.* | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF NON-MILITARY SERVICE**

I, SANFORD G. ROSENTHAL, ESQUIRE, having been duly sworn according to law hereby deposes and states that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Frank LaTeano, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/ Sanford G. Rosenthal_____
> SANFORD G. ROSENTHAL, ESQUIRE

Date: January 22, 2007

178928-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Frank LaTeano
230 Main Street
East Windsor, CT  06088

and

Superior Interiors, Inc. a/k/a Superior Interior
230 Main Street
East Windsor, CT  06088

Date: <u>January 22, 2007</u>                BY:<u>/s/ Sanford G. Rosenthal</u>
                                                    SANFORD G. ROSENTHAL, ESQUIRE

178928-1