Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND
ALLIED TRADES INDUSTRY
PENSION FUND

　　　　　Plaintiff(s)

v.

Civil Action No. 06-2010 (RMC)

SUPERIOR INTERIORS INC., et al.

　　　　　Defendant(s)

RE: SUPERIOR INTERIORS INC.
and
FRANK LATEANO

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 22, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 23rd day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
　　　　　　　Deputy Clerk