UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **International Painters and Allied Trades Industry Pension Fund,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**Superior Interiors Inc. a/k/a Superior Interior,** *et al.*,  )<br>)<br>**Defendants.**  ) | Civil Action No. 06-2010 (RMC) |

**ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**

On November 27, 2006, Plaintiff filed a Complaint against Defendants, seeking unpaid contributions to a pension fund. Defendants were served on November 26, 2007, and yet they did not plead or otherwise respond to the Complaint. As a result, the Clerk entered default against Defendants on January 23, 2007. On February 15, 2007, Plaintiff filed a motion for entry of default judgment. Accordingly, it is hereby

**ORDERED** that on or before March 9, 2007, Defendants shall **SHOW CAUSE** why the Court should not grant Plaintiff's motion for default judgment [Dkt. # 6].

**SO ORDERED**.

Date:   February 16, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge