IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND | : | CIVIL ACTION NO. |
| TRADES INDUSTRY PENSION FUND | : | 1:06-cv-2010-RMC |
| vs. | : | |
| | : | |
| SUPERIOR INTERIORS, INC., a/k/a | : | MARCH 14, 2008 |
| SUPERIOR INTERIOR, et al. | : | |

### AFFIDAVIT OF BANKRUPTCY

STATE OF CONNECTICUT
                              ss:  WETHERSFIELD
COUNTY OF HARTFORD

The undersigned, being duly sworn, does depose and say:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I believe that the facts, as hereinafter set forth in this Affidavit, are true and correct.

### FACTS

1. A bankruptcy petition under Chapter 7, 11 U.S.C. §101 et seq. was filed on March 7, 2008.

2. The address of the Bankruptcy Court in which the petition was filed is the United States Bankruptcy Court, District of Connecticut, 450 Main Street, Hartford, Connecticut 06103.

3. The name of the bankruptcy petitioners are Frank J. LaTeano, Jr. and Phyllis M. LaTeano, both d/b/a Superior Interiors, Inc. and FL&R Associates, Inc.

4. The docket number of the bankruptcy case is 08-20403, Chapter 7 (RLK). A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A.

RECEIVED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. The bankruptcy petitioners are defendants in case number 1:06-cv-2010RMC in the United States District Court for the District of Columbia.

_____
Raymond C. Bliss
Commissioner of Superior Court

On March 14, 2008 the above signer, Raymond C. Bliss, personally appeared before me and swore to the truth of the foregoing Affidavit.

_____
Notary Public
My commission expires:

SUSAN E. BRAGG
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 201_

## CERTIFICATION

The undersigned does hereby certify that a copy of the foregoing Affidavit of Bankruptcy was mailed this date, postage prepaid to:

Kent G. Cprek, Esq.
Sanford G. Rosenthal, Esq.
Jennings Sigmond, P.C.
The Penn Mutual Towers
16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683

_____
Raymond C. Bliss, Esq.

United States Bankruptcy Court
District of Connecticut

**EXHIBIT A**

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/07/2008 at 4:17 PM and filed on 03/07/2008.



**Frank J. LaTeano, Jr.**
28 Concord Road
Manchester, CT 06042-1722
SSN: xxx-xx-3457
*dba*
**Superior Interiors, Inc.**
*dba*
**FL&R Associates, Inc.**

**Phyllis M. LaTeano**
28 Concord Road
Manchester, CT 06042-1722
SSN: xxx-xx-8648
*dba*
**Superior Interiors, Inc.**
*dba*
**FL&R Associates, Inc.**

The case was filed by the debtor's attorney:

**Raymond C. Bliss**
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2355
(860) 258-1993

The bankruptcy trustee is:

**Thomas C. Boscarino**
Boscarino, Grasso & Twachtman

628 Hebron Avenue, Building 3
Glastonbury, CT 06033
(860) 659-5657

The case was assigned case number 08-20403 to Judge Robert L. Krechevsky.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ecf.ctb.uscourts.gov/ or at the Clerk's Office, 450 Main Street, 7th Floor, Hartford, CT 06103.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Deborah S. Hunt**
**Clerk, U.S. Bankruptcy**
**Court**